1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          CENTRAL DISTRICT OF CALIFORNIA

9

10   CHHOEUTH DUONG,                    )   NO. CV 10-8122 DOC (FFM)
                                        )
11                  Petitioner,         )   ORDER ACCEPTING FINDINGS,
                                        )   CONCLUSIONS AND
12         v.                           )   RECOMMENDATIONS OF
                                        )   UNITED STATES MAGISTRATE JUDGE
13   ANTHONY HEDGPETH, Warden,          )
                                        )
14                  Respondent.         )
     _____)

15

16         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17   and files herein, and the Report and Recommendation of the United States Magistrate

18   Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19   with and accepts the findings, conclusions and recommendations of the Magistrate

20   Judge.

21         IT THEREFORE IS ORDERED that Judgment be entered denying and dismissing

22   the Petition with prejudice.

23

24   DATED: October 26, 2011

25

26                                          _David O. Carter_____

27                                          DAVID O. CARTER
                                            United States District Judge

28