UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHHOEUTH DUONG, | ) | NO. CV 10-8122 DOC (FFM)) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| ANTHONY HEDGPETH, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 26, 2011

                                                    /s/ David O. Carter
                                            _____
                                                   DAVID O. CARTER
                                              United States District Judge